**ARCTIC KING FISHERIES, INC.,**
**Plaintiff–Appellant,**

and

**Seafreeze Alaska Limited Partnership,**
**Intervenor,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5084.

United States Court of Appeals,
Federal Circuit.

June 22, 2004.

Richard Lee Cys, Principal Attorney, Davis Wright, Washington, DC, for Plaintiff–Appellant.

Gary Michael Haugen, Principal Attorney, Bauer,Moynihan & Johnson, Seattle, WA, for Intervenor.

Marian E. Sullivan, Principal Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

*ORDER*

Upon consideration of Arctic King Fisheries, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.